**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BEAR RUN ASSOCIATES LIMITED PARTNERSHIP and SHEILA ZIPPORAH, L.P., | ) ) ) ) Hon. Gary L. Lancaster |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| WACHOVIA BANK, NATIONAL ASSOCIATION, | ) ) ) Civil Action No. 2:06-cv-00860-GLL ) |
| Defendant. | ) ) |

**ORDER OF COURT**

AND NOW, to-wit, this 25 day of Oct, 2006, upon consideration of Defendant's Motion for Leave to Conduct Discovery with Respect to Plaintiffs' Motion for Remand and for Extension of Time to File Response to Motion for Remand, it is hereby ORDERED and DECREED that:

(a)  Plaintiffs shall provide unredacted copies of the four trust agreements to Wachovia's counsel within 24 hours of this Order, with the proviso that, absent further order, Wachovia shall use them only for purposes of its response to the Motion to Remand;

(b)  Plaintiffs shall make Mr. Frank Brenner available for telephonic deposition on or before October 27, 2006; and

(c)  Wachovia's deadline for response to the Motion for Remand is extended to November 6, 2006.

BY THE COURT:

_____, U.S.D.J.